UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>OSCAR MACHUCA SALMORAN and<br>DOMINGO PORTILLO PAYAN,<br><br>　　　　Defendants. | CR No. 18-00541-SJO<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(i), (viii): Possession<br>with Intent to Distribute Heroin<br>and Methamphetamine |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about September 3, 2013, in Los Angeles County, within the Central District of California, defendant OSCAR MACHUCA SALMORAN knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 916.8 grams, of methamphetamine, a Schedule II controlled substance.

## COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i)]

On or about September 3, 2013, in Los Angeles County, within the Central District of California, defendant OSCAR MACHUCA SALMORAN knowingly and intentionally possessed with intent to distribute at least one kilogram, that is, approximately 1,465.72 grams, of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i)]

On or about September 4, 2013, in Los Angeles County, within the Central District of California, defendant DOMINGO PORTILLO PAYAN knowingly and intentionally possessed with intent to distribute at least one kilogram, that is, approximately 2,443.97 grams, of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*Scott Garringer*
*Deputy Chief, Criminal Division For:*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Acting Chief, Organized Crime
Drug Enforcement Task Force
Section

SHAWN J. NELSON
Assistant United States Attorney
Acting Deputy Chief, Organized
Crime Drug Enforcement Task Force
Section

KATHY YU
Assistant United States Attorney
Organized Crime Drug Enforcement
Task Force Section